**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **THOMAS WELCH** | : | **VIOLATION:**<br>**18 U.S.C. § 2113(a) (bank larceny – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting)**<br>**Notice of forfeiture** |

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT**:

On or about August 28, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**THOMAS WELCH**

entered, and aided and abetted the entering of, a building used in whole or in part as the Wells Fargo Bank, located at 101 E. Allegheny Avenue, Philadelphia, Pennsylvania, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, by breaking into the building and forcing open the automated teller machine (ATM) located in the building, with intent to commit larceny, that is, to steal, and to aid and abet the stealing of, approximately $141,078 in the lawful custody of Wells Fargo Bank and within the ATM.

In violation of Title 18 United States Code, Sections 2113(a) and 2.

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 2113(a), set forth in this indictment, defendant

**THOMAS WELCH**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $141,078.00, and:

(a) $2,213.00 in United States Currency seized from the defendant's residence.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

**A TRUE BILL:**

[redacted]

**GR**[redacted]

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*__________

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

**THOMAS WELCH**

---

INDICTMENT

Counts

**18 U.S.C. § 2113(a) (bank larceny – 1 count)**

**18 U.S.C. § 2 (aiding and abetting)**

**Notice of forfeiture**

---

[redacted]

---

Filed in [redacted] day,

Of [redacted]

---